UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON B. SCARCELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY MAIN JAIL et al.,<br><br>    Defendants. | No. 2:15-cv-0947 KJN P (TEMP)<br><br>ORDER |

By order filed November 23, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.[1]

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[2]

Dated: January 8, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scar0947.fta

---

[1] Although it appears from the file that plaintiff's copy of the court's order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

[2] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 6)

1